**COM.**

v.

**TIBURCIO, J.**

**1589 MDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–06–CR–0004618–2015 (Berks)

Affirmed

■

**COM.**

v.

**LUCIW, T.**

**1722 MDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–40–CR–0001606–2012 (Luzerne)

Appeal Dismissed

■

**COM..**

v.

**HERNANDEZ, T.**

**1974 MDA 2016**

Superior Court of Pennsylvania.

08/22/2017

CP–14–CR–0000980–2016 (Centre)

Reversed/Remanded

**COM.**

v.

**SCHAUER, J.**

**161 MDA 2017**

Superior Court of Pennsylvania.

08/22/2017

CP–38–CR–0000761–2012 (Lebanon)

Vacated/Remanded